UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ROBERT SIMPKIN,<br><br>Defendant. | No. 4:15-CR-6015-EFS<br><br>ORDER GRANTING MOTION TO EXPEDITE AND GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT without oral argument is Defendant's Motion to Modify Conditions of Release (**ECF No. 43**), which the Court expedites pursuant to the simultaneously filed Motion to Expedite (**ECF No. 44**). Defendant requests modification of Special Condition No. 22 of his pretrial release restricting the in the home.  The Assistant United States Attorney (ECF No. 45) and the Defendant's supervising probation officer has no objection to the requested modification.

IT IS HEREBY ORDERED:

Pursuant to 18 U.S.C. § 3142(c)(3), the Court modifies Condition No. 22 to read as follows:

**(22)** All computers, smart phones, and/or any other similar devices shall be removed from the residence, with the exception of Defendant's wife's and son's cellular phones. Defendant's wife's and son's phones shall be password protected so as to prevent Defendant's access.

Defendant's Motion to Modify Conditions of Pretrial Release (**ECF No. 43**) and Motion to Expedite (**ECF No. 44**) are **GRANTED**. The Clerk of the Court is directed to enter this Order and provide copies to counsel.

**DATED** September 25, 2015.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 1